Matter of County of Monroe (Demarco) (2024 NY Slip Op 06475)

Matter of County of Monroe (Demarco)

2024 NY Slip Op 06475

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, NOWAK, AND HANNAH, JJ.

841 CA 24-00808

[*1]COUNTY OF MONROE, PETITIONER-RESPONDENT, ET AL., PETITIONERS;
and
ALISON DEMARCO AND ABIGAIL DEMARCO, RESPONDENTS-APPELLANTS. HFC ASSOCIATES, LLC, NONPARTY RESPONDENT.

CHENEY LAW FIRM, PLLC, GENEVA (DAVID D. BENZ OF COUNSEL), FOR RESPONDENTS-APPELLANTS. 
BOYLAN CODE, LLP, ROCHESTER (MARK A. COSTELLO OF COUNSEL), FOR PETITIONER-RESPONDENT.
HANDELMAN, WITKOWICZ & LEVITSKY, LLP, ROCHESTER (STEVEN M. WITKOWICZ OF COUNSEL), FOR NONPARTY RESPONDENT. 

 Appeal from an order of the Supreme Court, Monroe County (Sam L. Valleriani, J.), entered November 6, 2023. The order denied the motion of respondents Alison DeMarco and Abigail DeMarco to, inter alia, vacate a judgment of foreclosure and sale. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for the reasons stated in the decision at Supreme Court.
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court